Phil S. Flemming (#014778)
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 20
Phoenix, Arizona 85016
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
psf@robainalaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shauna Gaddis, <br><br> Plaintiff, <br><br> v. <br><br> American Homes 4 Rent, L.P., a California limited partnership doing business in Arizona as American Homes 4 Rent-AZ, L.P. <br><br> Defendant. | **No. CV-18-1081-PHX-DMF** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shauna Gaddis hereby voluntarily dismisses the above-captioned action with prejudice.

Dated this 1st day of November 2018.

ROBAINA & KRESIN PLLC

By  /s/ Phil S. Flemming

Phil S. Flemming
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

/s/ Gaynell Carpenter